# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

_____

| | | |
|---|---|---|
| **CYNTHIA S. DOTY, individually and as representative of a class of similarly situated DemirCo Industries LLC employees, and THOMAS F. MUSICK, individually,** )<br>)<br>)<br>)<br>)<br>  **Plaintiffs,** )<br>)<br>)<br>  v. )<br>)<br>)<br>**DEMIRCO GROUP NORTH AMERICA, LLC,** )<br>**a corporation, and DEMIRCO INDUSTRIES,** )<br>**LLC, a coporation,** )<br>)<br>  **Defendants.** ) | | Case No. 05-2234 |

## ORDER

A Report and Recommendation (#11) was filed by the Magistrate Judge in the above cause on November 30, 2005. More than ten (10) days have elapsed since filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED:

(1) Defendants' Motion to Dismiss Counts III and IV of Plaintiffs' Complaint (#6) is GRANTED.

(2) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 19th day of December, 2005

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE